1  Brian C. Lake, Bar No. 020543
   PERKINS COIE LLP
2  2901 N. Central Avenue, Suite 2000
   Phoenix, AZ 85012-2788
3  Telephone: 602.351.8000
   Facsimile: 602.648.7000
4  BLake@perkinscoie.com

5  *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Peter Strojnik, | No. |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** |
| Josephine Pereira, a natural person; DCR Strategies, Inc., | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1441, 1332, 1367 and 1446, Defendants hereby remove to the United States District Court for the District of Arizona the action filed in Arizona Superior Court, County of Maricopa, entitled *Peter Strojnik v. Josephine Pereira and DCR Strategies, Inc., No,* CV2013-011607 (the "Action"). The basis upon which the Action is removable is set forth below.

**I.     PROCEDURAL HISTORY**

The Complaint was filed on August 30, 2013. A copy of the Complaint and Summons was sent by certified mail to Defendant DCR Strategies, Inc. at its office in Mississaugua, Ontario, Canada, where it was received on September 6, 2013. A copy of the Complaint and Summons was sent by certified mail to Defendant Josephine Pereira (an employee of DCR Strategies, Inc.) at the office of DCR Strategies, Inc. in Mississaugua, Ontario, Canada, where it was received by an employee of DCR Strategies,

Inc. other than Ms. Pereira on September 10, 2013. To the best of Defendants' knowledge, no other attempts to affect service on Defendants have been made.

## II. THE DISTRICT COURT HAS SUBJECT MATTER JURISDICTION OVER THE ACTION BASED ON DIVERSITY OF CITIZENSHIP

1. The Action is removable to this Court because this Court has subject matter jurisdiction over all of Plaintiffs' claims pursuant to 28 U.S.C. § 1332(a)(3), diversity jurisdiction.

2. The amount in controversy exceeds $75,000, exclusive of interest and costs. [*See, e.g.*, Compl. ¶¶ 20, 23, 27, 30] The Complaint's Prayer for Relief requests, "direct and presumed damages in an amount no less than $100,000.00 as to EACH Defendant" and "punitive damages in an amount no less than $250,000.00 against EACH Defendant". *Id.*

3. There is complete diversity of citizenship in this matter. The Action is between citizens of different states, with citizens or subjects of a foreign state as additional parties. Plaintiff is a citizen of Arizona, while Defendants are citizens of New York and Canada.

    a. Plaintiff Peter Strojnik is domiciled in, and a citizen of the State of Arizona.

    b. Defendant Josephine Pereira is domiciled in, and a citizen of the State of New York.

    c. Defendant DCR Strategies, Inc. is a Canadian federal corporation incorporated pursuant to the laws of Canada with its principal place of business and headquarters in Mississaugua, Ontario, Canada. As such, Defendant DCR Strategies, Inc. is a citizen of Canada.

    d. None of the Defendants are citizens of Arizona.

4. To the extent necessary, this court has supplemental jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1367.

### III. TIMELINESS OF REMOVAL

5. This Notice of Removal is timely under 28 U.S.C. § 1446(b) and Rule 6(a)(1)(C), Fed. R. Civ. P., because it has been filed on the first court day after the date that was thirty (30) days after Defendants were served with copies of the Summons and Complaint (which date fell on a weekend). Defendant DCR Strategies, Inc. first received a copy of the Complaint on September 6, 2013. Defendant Josephine Pereira first received a copy of the Complaint on September 10, 2013.

### IV. VENUE, AND STATEMENT OF CORE PROCEEDING

6. Venue is proper pursuant to 28 U.S.C. § 1446(a) because the state court Action is being removed to the district court for the district where the state Action is pending (Arizona).

7. Defendants state that the Action being removed is a core proceeding.

### V. CONSENT AND NOTICE

8. Undersigned counsel represents all Defendants, and all Defendants consent to removal of this Action.

9. Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.6, a copy of this Notice of Removal will be served on all parties to the Action, and a copy will be promptly filed with the clerk of the Superior Court of Arizona, County of Maricopa.

### VI. PLEADINGS AND PROCESS

10. In accordance with 28 U.S.C. § 1446(a) and LRCiv 3.6, a complete copy of all process, pleadings, and orders served upon Defendants in the state court Action is attached hereto as Exhibit A.

### VII. NO ADMISSION OF FACT, LAW OR LIABILITY AND RESERVATION OF CLAIMS AND DEFENSES

No waiver or admission of fact, law or liability is intended by this Notice of Removal, and all claims, rights, defenses and motions are hereby reserved.

| | | |
|---|---|---|
| 1 | October 7, 2013 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: s/ Brian C. Lake |
| | | Brian C. Lake |
| 4 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, AZ  85012-2788 |
| 5 | | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on October 7, 2013 I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing.

☒ I hereby certify that on October 7, 2013, I served the attached document by email on the following, who is not a registered participant of the CM/ECF System, but has agreed to electronic service via email:

>Peter Strojnik
>STROJNIK, P.C.
>ps@strojnik.com

                                   s/ D. Freouf

111313-0002/LEGAL27938523.1