1 Brian C. Lake, Bar No. 020543
PERKINS COIE LLP
2 2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
3 Telephone: 602.351.8000
Facsimile: 602.648.7000
4 BLake@perkinscoie.com

5 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Peter Strojnik, | No. |
|---|---|
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| Josephine Pereira, a natural person; DCR Strategies, Inc., | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Defendant DCR Strategies, Inc., in compliance with the provisions of:

  X   Rule 7.1, Federal Rules of Civil Procedure, which provides that a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ___  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, which provides that any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

___ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, which provides that if an organizational victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**DCR Strategies, Inc., hereby declares as follows:**

  x   No such corporation.

___ Plaintiff is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

___ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____     Relationship: _____

___ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

October 7, 2013                    **PERKINS COIE LLP**

By: s/ Brian C. Lake
    Brian C. Lake
    2901 N. Central Avenue, Suite 2000
    Phoenix, AZ  85012-2788

*Attorneys for Defendants*

-2-

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on October 7, 2013, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing.

☒   I hereby certify that on October 7, 2013, I served the attached document by email on the following, who are not registered participants of the CM/ECF System, but has agreed to electronic service via email:

Peter Strojnik<br>
STROJNIK, P.C.<br>
ps@strojnik.com

s/ Delana Freouf

111313-0002/LEGAL27940012.1