1  Brian C. Lake, Bar No. 020543
   PERKINS COIE LLP
2  2901 N. Central Avenue, Suite 2000
   Phoenix, AZ 85012-2788
3  Telephone: 602.351.8000
   Facsimile: 602.648.7000
4  BLake@perkinscoie.com

5  Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Peter Strojnik, | No. 2:13-CV-02032-PHX-DKD |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** |
| Josephine Pereira, a natural person; DCR Strategies, Inc., | [Filed with Motion to Dismiss] |
| Defendants. | |

### **Request for Judicial Notice**

Defendants Josephine Pereira and DCR Strategies, Inc. ("Defendants") request that the Court take judicial notice of the documents attached hereto as Exhibits A through E. This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below and in connection with Defendants' pending motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 12(b)(6).

### **Exhibits**

| Exhibit | Description |
|---|---|
| A | Printout of disciplinary summary for attorney Peter Strojnik, publicly available on the Arizona State Bar's website, at: http://www.azbar.org/FindALawyer?name=Peter+Strojnik&keyword then clicking on the "Peter Strojnik" link. |
| B | Printout of 04/05/90 "Disposition Summary" for Peter Strojnik, case 86-0658 (Censure), publicly available on the Arizona State Bar's website by clicking the "Detail" link. |

111313-0002/LEGAL28099063.1

| | |
|---|---|
| C | Printout of 05/02/11 "Disposition Summary" for Peter Strojnik, case 09-0314 (Reprimand and Probation), publicly available on the Arizona State Bar's website by clicking the "Detail" links, AND a copy of same Disposition Summary published in July/August 2011 Arizona Attorney magazine. |
| D | Printout of 12/03/11 "Disposition Summary" for Peter Strojnik, case 10-1223 (Suspension), publicly available on the Arizona State Bar's website by clicking the "Detail" link, AND a copy of same Disposition Summary published in February 2012 Arizona Attorney magazine. |
| E | Copy of 4/15/08 Arizona State Bar attorney complaint form submitted by Ron Deen, Sr. and Jack San Felice against attorney Peter Strojnik, from case file for case 09-0314, publicly available upon request from the Arizona State Bar. |

## **Basis for Requesting Judicial Notice**

The documents attached as Exhibits A-E are properly subject to judicial notice and consideration in connection with Defendants' motion to dismiss in this case. The Ninth Circuit has held that "[o]n a motion to dismiss, [the court] may take judicial notice of matters of public record outside the pleadings." *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (citation omitted). *Accord Sebastian v. United States*, 185 F.3d 1368, 1374 (Fed. Cir. 1999) (finding that "[i]n deciding whether to dismiss a complaint under Rule 12(b)(6), the court may consider matters of public record" without converting the motion to dismiss into a motion for summary judgment).

This is consistent with the Supreme Court's citation in *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322-23 (2007), to 5B CHARLES ALLAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1357, which discusses the types of materials that can be considered when ruling on a motion to dismiss:

> In determining whether to grant a Federal Rule 12(b)(6) motion, district courts primarily consider the allegations in the complaint. The court is not limited to the four corners of the complaint, however. Numerous cases, as the note below reflects, have allowed consideration of matters incorporated by reference or integral to the claim, items subject to judicial notice, matters of public record, orders, items appearing in the

| | |
|---|---|
| 1 | record of the case, and exhibits attached to the complaint whose authenticity is unquestioned; these items may be considered by the district judge without converting the motion into one for summary judgment. |
| 2 | |
| 3 | |

5B CHARLES ALLAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1357 at 375-76.

  Accordingly, Defendants respectfully request that the Court take judicial notice of the attached Exhibits A-E and consider them in connection with Defendants' pending motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

October 15, 2013        **PERKINS COIE LLP**

                 By: s/ Brian C. Lake
                    Brian C. Lake
                    2901 N. Central Avenue, Suite 2000
                    Phoenix, AZ  85012-2788

                 Attorneys for Defendants

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on October 15, 2013, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and to the following counsel of record:

Peter Strojnik
STROJNIK, P.C.
ps@strojnik.com

☒   I hereby certify that on October 15, 2013, I served the attached document by first class mail on the Honorable David K. Duncan, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

s/ S. Neilson