Peter Strojnik, 6464
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**DISTRIT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK ) | NO. 2:13-CV-02032-PHX-DKD |
| ) | |
| Plaintiff, ) | **REQUEST FOR TRIAL BY JURY** |
| ) | |
| vs. ) | |
| ) | |
| JOSEPHINE PEREIRA, a natural ) | |
| person; DCR STRATEGIES, INC. ) | |
| Defendants. ) | |

Plaintiff requests a trial by jury.

RESPECTFULLY SUBMITTED this 21st day of October, 2013.

**STROJNIK, P.C.**

/s/
_____
By: Peter Strojnik
Attorney for Plaintiff