# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, | **JUDGMENT OF DISMISSAL** |
| Plaintiff, | **IN A CIVIL CASE** |
| v. | CV 13-2032-PHX-SRB |
| Josephine Pereira, et al., | |
| Defendant(s). | |

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated November 22, 2013, judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

BRIAN D. KARTH
District Court Executive/Clerk

November 22, 2013

s/Kathy Gerchar
By: Deputy Clerk

cc: (all counsel)