Peter Strojnik, 6464
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: *Strojnik@aol.com*
Attorney for Plaintiff *pro se*

## IN THE UNITED STATES DISTRICT COURT

## DISTRIT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, ) | NO. 2:13-CV-02032-PHX-SRB |
| Plaintiff, ) | **NOTICE OF APPEAL** |
| vs. ) | |
| JOSEPHINE PEREIRA, a natural ) person; DCR STRATEGIES, INC. ) | |
| Defendants. ) | |

Plaintiff Peter Strojnik appeals the Court's Order Dismissing Case (Doc 13) and Judgment of Dismissal in a Civil Case (Doc 14). This Appeal is taken to the 9th Circuit Court of Appeals.

RESPECTFULLY SUBMITTED this 23rd day of December, 2013.

**STROJNIK, P.C.**

/s/
_____
By: Peter Strojnik
Attorney for Plaintiff *pro se*