

**13-17626 Peter Strojnik , Sr. v. Josephine Pereira , et al "Dispositive Clerk Order Filed"**

ca9_ecfnoticing     to:                                  03/20/2014 10:54 AM

| | |
|---|---|
| From: | ca9_ecfnoticing@ca9.uscourts.gov |
| To: | |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

Notice of Docket Activity

The following transaction was entered on 03/20/2014 at 10:53:50 AM PDT and filed on 03/20/2014

| | |
|---|---|
| Case Name: | Peter Strojnik, Sr. v. Josephine Pereira, et al |
| Case Number: | 13-17626 |
| Document(s): | Document(s) |

Docket Text:
Filed order (Deputy Clerk: LKK) The parties' stipulation to voluntary dismissal of this appeal is granted . This case is dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b). A copy of this order sent to the district court shall act as and for the mandate of this court . Each party is bear its own cost to the appeal. [9023868] (BJB)

Notice will be electronically mailed to :

Honorable Susan R. Bolton, District Judge
Brian C. Lake
Peter Strojnik, Sr.
USDC, Phoenix


The following document(s) are associated with this transaction :
Document Description: Main Document
Original Filename: 13-17626.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1106763461 [Date=03/20/2014] [FileNumber=9023868-0]
[23fa532577fe95948a0841a9069aaf2533381549f8f50db876228f330a5fda0eaf4431f395693b6774406d09
ea2bbcfef49ccc9138631b9c8ed7e5eba9741801]]


The following information is for the use of court personnel :

DOCKET ENTRY ID: 9023868
RELIEF(S) DOCKETED:
  motion to dismiss the case voluntarily pursuant to rule 42b
  to issue mandate (for dispositive orders which act as mandate only)
DOCKET PART(S) ADDED: 9847634, 9847635, 9847636, 9847637